IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lighthall, John C

Printed: 03/10/09

Case Number: 08 B 21295
Judge: Squires, John H
Filed: 11/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Century Court Condominium | Secured | 0.00 | 0.00 |
| 5. | Bank Of America | Secured | 2,000.00 | 0.00 |
| 6. | Washington Mutual | Secured | 13,000.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 95.90 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 161.16 | 0.00 |
| 9. | Receivables Management Inc | Unsecured | 9.50 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 72.64 | 0.00 |
| 11. | AT&T Wireless | Unsecured | 65.45 | 0.00 |
| 12. | American Collection Corp | Unsecured | | No Claim Filed |
| 13. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Diversified Group | Unsecured | | No Claim Filed |
| 18. | Diversified Group | Unsecured | | No Claim Filed |
| 19. | Diversified Group | Unsecured | | No Claim Filed |
| 20. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 21. | Medical Building Bureau | Unsecured | | No Claim Filed |
| 22. | TeleCheck | Unsecured | | No Claim Filed |
| | | | $ 15,404.65 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lighthall, John C | Case Number: 08 B 21295 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 11/4/08 |

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*